# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DAVID FRANCIS GAUL,<br>*Plaintiff*<br>v.<br><br>DONALD R. HOLBROOK,<br>*Defendant* | )<br>)<br>) Civil Action No. 4:14-CV-5086-TOR<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Petitioner's Motion to Vacate, Set Aside, or Correct Sentence by a Person in State Custody Pursuant to 28 U.S.C. § 2254 (ECF No. 1) is DENIED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence by a Person in State Custody Pursuant to 28 U.S.C. § 2254 (ECF No. 1).

Date: May 4, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen